# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**UNITED STATES OF AMERICA**

      vs.         Case Number:  **06-2191**

**MICHAEL G. WALKER**
**OSF HEALTHCARE SYSTEM**

☐ **DECISION BY THE COURT.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that default judgment is entered in favor of the plaintiff and against the defendants.

ENTER this 19th day of June, 2007

s/John M. Waters
_____
JOHN M. WATERS, CLERK

s/V. Ball
_____
BY:  DEPUTY CLERK